576 P.2d 1129

**In the Matter of William S. MARTIN, Jr., Attorney at Law.**

No. 11290.

Supreme Court of New Mexico.

Dec. 30, 1977.

### DISCIPLINARY PROCEEDING

This matter coming on for consideration by the Court upon Affidavit of Compliance, Petition for Automatic Reinstatement, and the Court having considered said affidavit and petition and no objections having been filed by the Disciplinary Board;

NOW, THEREFORE, IT IS ORDERED that William S. Martin, Jr., be and he hereby is reinstated to the practice of law in all of the Courts of the State of New Mexico, pursuant to Rule 19(b) of the Rules Governing Discipline.

576 P.2d 1129

**In the Matter of Robert R. RICKARD, Attorney at Law.**

No. 11826.

Supreme Court of New Mexico.

Feb. 15, 1978.

### ORIGINAL DISCIPLINARY PROCEEDINGS

McMANUS, Chief Justice.

This matter coming on for consideration by the Court upon a certified copy of an Order in the District Court of Bernalillo County, State of New Mexico, Docket No. 29420, entitled *"State of New Mexico, Plaintiff v. Robert R. Rickard, Defendant"* whereby it appears that the said Robert R. Rickard, an attorney of this Court, has entered a plea of Nolo Contendere to a third degree felony under the laws of the State of New Mexico;

Now, Therefore, IT IS CONSIDERED, ORDERED AND ADJUDGED by the Court, pursuant to Rule 13(a) and (d) of the New Mexico Supreme Court Rules Governing Discipline, that ROBERT R. RICKARD be and he hereby is suspended from the practice of law in all Courts of the State of New Mexico pending the further order of this Court.

IT IS FURTHER ORDERED that this matter be and the same is hereby remanded to the Disciplinary Board for further proceedings therein as may be proper pursuant to said Rule 13(d) of the Rules Governing Discipline.